IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEFFREY WOLF, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No. 24-cv-02244-SEB-MMK ) |
| EVERWISE CREDIT UNION, | ) ) |
| Defendant | ) |

> Acknowledged.
>
> This action is hereby dismissed without prejudice.
>
> Date: __4/11/2025__
>
> /s/ Sarah Evans Barker
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

**PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jeffrey Wolf hereby gives notice that his claims in this action against Defendant Everwise Credit Union are voluntarily dismissed without prejudice. Plaintiff's notice is timely made before Defendant served an answer or a motion for summary judgment. Parties to bear their own costs.

Dated: April 8, 2025

*/s/ Lynn A. Toops*
Lynn A. Toops, No. 26386-49
Amina A. Thomas, No. 34451-49
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenmalad.com
athomas@cohenmalad.com

J. Gerard Stranch, IV, *pro hac vice*
Emily E. Schiller, *pro hac vice forthcoming*
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)

1